IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00707-MSK-MEH

QFA ROYALTIES LLC, a Delaware limited liability company, and
QIP HOLDER LLC, a Delaware limited liability company,

      Plaintiff,

v.

JAIME CARMONA, individually, and
GLORIA CARMONA, individually,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 11, 2010.**

      Plaintiffs' Unopposed Motion to Vacate and Reset June 15, 2010 Status Conference [filed June 9, 2010; docket #28] is **granted**. The Status Conference set for June 15, 2010, is vacated and rescheduled to **July 1, 2010**, at **9:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

      Lawyers whose offices are located outside of the Denver metropolitan area may appear at this conference by telephone. Please contact Chambers at (303) 844-4507 to arrange appearance by telephone.

      Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.